**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Julia T Brenner** | : | Case No.: 25-10632 |
| | : | Chapter 13 |
| **Debtor.** | : | Judge Timothy A. Barnes |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

# NOTICE OF MOTION

TO: See attached list.

    PLEASE TAKE NOTICE that on **December 4, 2025, at 09:30 am**, I will appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the U.S. Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604, **or** electronically as described below and present the Motion of JPMorgan Chase Bank, N.A. for Relief from Stay and Codebtor Stay, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                    JPMorgan Chase Bank, N.A.

                          By: /s/ Todd J. Ruchman
                                  Todd J. Ruchman (6271827)
                                  MDK Legal
                                  P.O. Box 165028

25-021712_BEW1

Columbus OH  43216-5028
Contact email is tjruchman@manleydeas.com

25-021712_BEW1

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a copy of the foregoing Notice of Motion was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Thomas H. Hooper, Thomas.H.Hooper@chicagoch13.com

David M Siegel, Attorney for Julia T Brenner, davidsiegelbk@gmail.com

I certify that on November 18, 2025, a copy of the foregoing document was sent by U.S. Mail to the following:

Julia T Brenner and Patrick Brenner, 4631 N Laramie Ave, Chicago, IL  60630

/s/ Todd J. Ruchman

Date: 11/18/2025

25-021712_BEW1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | |
| Julia T Brenner | Case No.: 25-10632 |
| | Chapter 13 |
| Debtor. | Judge Timothy A. Barnes |
| | * * * * * * * * * * * * * * * * * * * * |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2022 SUBARU ASCENT, VIN 4S4WMAPD6N3438536**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the Automatic Stay and from the Codebtor Stay as to Patrick Brenner, pursuant to 11 U.S.C. § 362, 11 U.S.C. § 1301, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

**MEMORANDUM IN SUPPORT**

1. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On or about March 25, 2023, Julia Brenner (the "Debtor") and Patrick Brenner (the "Codebtor") obtained a loan from JPMorgan Chase Bank, N.A., or its predecessor-in-interest, in the amount of $29,340.36 for the purchase of a 2022 Subaru Ascent, VIN 4S4WMAPD6N3438536 ("Collateral"). Debtor agreed to make periodic payments to JPMorgan Chase Bank, N.A., or its predecessor-in-interest. Such loan was evidenced by

       a Retail Installment Contract - Simple Finance Charge (With Arbitration Provision), a copy of which is attached hereto as Exhibit A (the "Contract").

3. To secure payment of the Contract, Creditor or Creditor's predecessor-in-interest properly perfected its security interest in the Collateral by delivering the existing Certificate of Title of a Vehicle or the application for a Certificate of Title of a Vehicle containing the name and address of the lienholder and the required fee to the Illinois Secretary of State pursuant to 625 ILCS 5/3-202. A copy of the Certificate of Title of a Vehicle is attached hereto as Exhibit B (the "Title").

4. Creditor believes the clean retail value of the Collateral is $29,750.00 based upon the 2025 J.D. Power Used Cars/Trucks valuation, a copy of which is attached hereto as Exhibit C.

5. On July 14, 2025, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

6. Debtor's Chapter 13 plan provides for the payment of prepetition arrearages, if any, owed to Creditor through the Plan in the amount of $552.27. Debtor was to make all ongoing regular monthly payments to Creditor in the amount of $552.27.

7. As of November 11, 2025, Debtor has failed to make full post-petition payments in the amount of $552.27 per month for the months of August 2025 through November 2025, and is in default in the amount of $2,209.08.

8. As of November 11, 2025, there is currently due and owing on the Contract the outstanding total loan balance of $20,491.17, plus interest accruing thereon at the rate of 0.00% per annum.

25-021712_BEW1

9. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

10. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic stay and the Codebtor Stay as it affects the interests of JPMorgan Chase Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just. Creditor further requests that Rule 4001(a)(4) be waived so that an Order Granting Relief from the Automatic Stay will take immediate effect.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Molly B. Simons (0083702)
MDK Legal
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

25-021712_BEW1

## CERTIFICATE OF SERVICE

I certify that on \_\_November 18, 2025\_\_, a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay and Codebtor Stay regarding the Personal Property known as 2022 Subaru Ascent, VIN 4S4WMAPD6N3438536 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Thomas H. Hooper, Thomas.H.Hooper@chicagoch13.com

   David M Siegel, Attorney for Julia T Brenner, davidsiegelbk@gmail.com

   I certify that on \_\_November 18, 2025\_\_, a copy of the foregoing document was sent by U.S. Mail to the following:

   Julia T Brenner and Patrick Brenner, 4631 N Laramie Ave, Chicago, IL  60630

/s/ Todd J. Ruchman

Date: 11/18/ 2025

4

25-021712_BEW1